OPINION — AG — REIMBURSEMENT OF DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR TRAVEL EXPENSES INCURRED FOR THE PURPOSE OF PARTICIPATING IN CONTINUING LEGAL EDUCATION PROGRAMS WITHIN AND WITHOUT THE STATE OF OKLAHOMA IS AUTHORIZED BY THE PROVISIONS OF 19 O.S. 1971 215.24 [19-215.24] CITE: 19 O.S. 1971 215.4 [19-215.4] [19-215.4], 19 O.S. 1971 215.5 [19-215.5] 19 O.S. 1971 189.47 [19-189.47] (MARVIN C. EMERSON)